IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WENDELL LONG<br>Petitioner<br>v.<br>RAYMOND LAWLER<br>S.C.I. HUNTINGDON, et al.,<br>Defendant. | CIVIL ACTION<br>No. 08-cv-1176<br><br>FILED<br>MAR 17 2008 |

## MEMORANDUM AND ORDER

Article I, Section 9, Clause 2 of the United States Constitution, as well as The Antiterrorism and Effective Death Penalty Act of 1996 (commonly known as "AEDPA," and codified in relevant part as 28 U.S.C. §§2241-2266) deal with the right of all persons in state custody, or in federal custody, to file a petition in federal court seeking the issuance of a writ of habeas corpus. If such a writ of habeas corpus is issued by a federal court, the prisoner will be released from either state custody or federal custody (as the case may be) on the grounds that his rights guaranteed by the United States Constitution, or by federal law, or by a treaty entered into by the United States, have been violated.

Petitioner, Wendell Long, filed a petition in this court seeking Habeas Corpus relief pursuant to 28 U.S.C. §2254 on March 10, 2008. In this petition, Mr. Long alleges that he has suffered through inordinate delay relating to his claim that it has been more than a year since he filed a motion for DNA testing. The relief that Mr. Long seeks to remedy the alleged inordinate delay in granting DNA testing is not the type of relief that is available under the terms of 28 U.S.C. §2254 or habeas corpus law.

Accordingly, this _17th_ Day of March, 2008, it is hereby

ORDERED that petitioner is granted _provisional_ leave to proceed in forma pauperis, for the purpose of _this Order only_, and, it is further

ORDERED that the instant civil action is **DISMISSED WITH PREJUDICE**, and, it is further

ORDERED that the Clerk shall mark this matter as **CLOSED** for all purposes, including statistics.

BY THE COURT:

_____
**MARVIN KATZ, S.J.**